# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

LEROY LASKY

CASE NUMBER: 8:05-m-

**8:05·M-451 MAP**

I, the undersigned complainant, being duly sworn, state the following is true and correct

to the best of my knowledge and belief. Between on or about July 8, 2005, and on or about

September 22, 2005, in Volusia County, in the Middle District of Florida, defendant did,

> knowingly attempt to persuade, induce, entice, or coerce an individual under the age of 18, to engage in sexual activity through the means of mail, internet or any facility or means of interstate commerce

in violation of Title 18, United States Code, Section 2422(b). I further state that I am a Task

Force Agent with Federal Bureau of Investigation, and that this Complaint is based on the

following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
Philippe Dubord

Sworn to before me and subscribed in my presence,

September 22, 2005_____     at     Tampa, Florida_____

MARK A. PIZZO
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1.      I, Philippe Dubord, state as follows: Your affiant has been employed with the Hillsborough  County Sheriff's Office (HCSO) since November 1, 1984.  Since November, 1992,  your affiant has been assigned as a detective to  the organized crime bureau of the HCSO.   From November, 1998, to  the present, your affiant has been assigned to  the Federal Bureau of Investigation (FBI) Innocent Images Task Force, members of which investigate the sexual exploitation of children.   Your affiant has been involved in numerous investigations involving the exploitation of children, including offenses involving the dissemination of child pornography on the Internet via computer.  On August 10, 1999, your  affiant was sworn in by the United States Marshal's Service as a Special Deputy.

2.      As a Task Force Agent, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants issued under the authority of the United States.

3.      The statements contained in this affidavit are based on my personal knowledge or information related to me by other law enforcement officers. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to charge **Leroy Lasky** , (DOB 11/09/1954) a/k/a **"Lee" and "just_me@planet-save.com"**  with using any facility or means of interstate commerce, to wit a computer and modem accessing  planet-save.com, to attempt to knowingly persuade, induce, and entice a person under 18 years of age to engage in any sexual act  for which any person may be criminally prosecuted, in violation of Title 18, United States Code, Section 2422 (b).

## FACTS AND CIRCUMSTANCES

4.      On July 08, 2005, your affiant accessed the google.com  website to view the newsgroup[1] titled "alt.personals.teen" for messages being posted by adults seeking to meet minors for sex. Your affiant personally in the past has investigated and arrested individuals seeking minors for sex who posted messages in said newsgroup. Your affiant located a posted message from "just_me@planet-save.com" , with the following message:

> Newsgroup: alt.personals.teen
> From: just_me<just_meREM...@planet-save.com

---

**Newsgroups** may be thought of as an electronic "cork board" where people may view, post, and reply to messages related to a specific topic or interest.  The specific topic or interest is usually indicated in the news group's name.  For example, alt.fan.howard.stern is a news group carrying messages from fans of the Howard Stern radio show.  Once an individual posts a message to a particular news group, that message is automatically transferred and replicated worldwide, via a global network of computer news group servers.  The message may then be viewed and/or saved from anywhere in the world where another person has access to a suitable computer and connection to the Internet.

Date: Sat, 02 Jul 2005 14:29:25 GMT
Local: Sat, 02Jul 2005 10:29 am
Subject: wanted girl into oral in florida

"remove the word in caps from address to reply"

5.      Your affiant, using an undercover email account, responded to the posted message via email posing as a fifteen (15) years old female. Furthermore, your affiant was able to obtain the Internet Protocol (IP) address [2] "65.33.120.145" from the above mentioned posted message header. This IP address was assigned to a computer/acccount by the Internet Service Provider (ISP) Bright House (Road Runner) who posted the message on the date and time mentioned above.  On July 15, 2005, your affiant obtained subscriber information via Administrative subpoena from Bright House for the mentioned assigned IP address, as follows:

Name: Leroy Lasky
Address: 442 Leslie Drive Port Orange, FL 32127-6034
Phone: 386-788-7261
Acct#: 030037774501
Type of Service: Road Runner Residential
Username(s): LLASKY@cfl.rr.com
Length of Service: Installed January 24, 2002 - Still Active

6.      On July 11, 2005, your affiant accessed the undercover email account and found a email message from "just_me@planet-save.com" , which stated the following:

"hi
some say i'm cute.....it's all in the eye of the beholder....
what part of fl? which post did you see? i have 3 out there.
Lee"

7.      On July 12, 2005, your affiant accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

"Hi KT
why wouldn't i write back? So how into it are you? i'm on the
other side of the state, by daytona. yes i'm alot older. so

---

Internet Protocol address or "IP address" refers to a unique number used by a computer to access the Internet.  IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet.  IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

what are you seeking? Lee"

8.      On July 14, 2005, your affiant accessed the undercover email account and found a email message from "just_me@planet-save.com" , which stated the following:

>"HI kt
>oh yes i'm for real.....so are you interested?
>do you ever gor over this way?
>Lee"

9.  On July 18, 2005, your affiant accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

>"hi kt
>i get to tampa from time to time, let me know what you would
>be interested in? just maybe we can work something out..
>Lee"

>"hi kt
>i have some questions: what you like to happen? and how
>far do you want it to go?
>Lee"

10.    On July 19, 2005, your affiant accessed the undercover email account and found a email message from "just_me@planet-save.com" , which stated the following:

>"Hi kt
>what i'm trying to fine out is: what you want? and how far you
>want it to go, just that or more? do you want to only receive
>or do you want to give too? is this going to be a one time
>thing or more? i'm ok with just about anything...let me know
>Lee"

11.    On July 21, 2005, your affiant accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

>"hi kt
>i'm game if you are......do you want to try it both ways....what
>i'm trying to fine out is how far you want it to go...its hard to
>stop if you dont setup the stop point before hand by the way
>what do you look like?

3

Lee"

12.    On July 22, 2005, your affiant accessed the undercover email account and found a email message from "just_me@planet-save.com" , which stated the following:

> "hi kt
> you sound cute....skinny is very nice....both ways, well i give, you receive and the other way is you give, and i receive. ask any question you want, its ok with me...after we would get started the hotter we would get the more we want, that why its hard to stop...how far do you want it to go?after you get back is ok.let me know....
> Lee"

13.    On July 29, 2005, your affiant accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

> "hi kt
> well if you want more, we can but its all up to you..that why i asked! its very hard to tell you what i would do, i don know you will love it..i only do what feels good to you....about me well i'm 6"3" about 200 lite brown hair with big blue eyes. i will miss you too...do you wear dresses? any other question you have just ask. and dont be embarrss with me ok...
> lee"

> "oh forgot to ask this, how hairy are you downthere. you dont have to answer if you dont want to. hope you asnswer before you go"

14.    On August 01, 2005, your affiant accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

> "hi kt
> so do you have a good vaction? yes i'm a big guy.....thanks. its hard to tell some one how its done, its alot easyer to show you. i just do what feels good to you....if your going to try and do it to me just do what you think i would like and see what happens, if i like it keep it up, if not try some other whing....that what i do...as far as the hair goes, the litter the hair the better. i have ask some to shave for me. i maybe

abe to come next week end. i'm online at nite and in the AM each day. i'm happy your not embarss with me.....what would you like to happen, tell me and i will see if ican.
Lee

p.s. what day would be the best for you if i come?"

"hi
this may help you on what you want to know.
let me know.

how to do him:
http://www.theonlinedatingshop.com/better-sex/giving-blowjob.html

how to do her:
http://www.minou.com/aboutsex/cunnilingus.html"

15.    On August 03, 2005, your affiant accessed the undercover email account and found a email message from "just_me@planet-save.com" , which stated the following:

"Hi kt
so after you read the wedsites what do you think? which one do you want to try?i just ask so i know what you want....as for getting you preggy, i can! i cant have kids...looks like i cant make it this week end but next i can. what day would be best for you? i stay at a hotel for the weekend how far do you live from the beach? any hotels by you i will leave the shaving thing up to you
Lee"

16.    On August 05, 2005, your affiant accessed the undercover email account and found a email message from "just_me@planet-save.com" , which stated the following:

"hi kt
i hated school......are you ok with a hotel? if so what is the name and address of one by you. what place do you want to meet? how will i know you? is this going to be a one time thing or do you want it to contenue every weekend or so? what i trying to fine out is what you really.....and just how far you really want it to go.....do you just want sex what everkind, or do you want to make love? if its just oral do you want me to stop and/or pull out, be for i cum? if you want

5

more, do you want me to wear a comdom? if not do you
want me to pull out be for i cum? i need to know all the so i
will know what to bring like comdom or ky jelly. afteri get you
to cum do you want me to stop or continue and keep you
cumming? i'm asking all this because i just want to make
you happy....all i ask is that you undress for me at the start,
and if we go all the way, you get on top and put it in you for
me.are you ok will this? will let you know the dates for sure
as soon i i know for sure waitting for your answers..
Lee"

17. On August 08, 2005, your affiant accessed the undercover email account
and found two email messages from "just_me@planet-save.com" , which stated the
following:

"HI kt
they go fast....cool just got the name and address..i dont
think any will see you..yes something the bf and gf.....its
forplay..i'm ok with what ever you want to do... we don't need
a comdom for oral. just want to know it you want to use one
if we do more. I will not be disappointed in you at all....i just
wish you wouild answer the questions...if you dont
understand them ask...as of right now i dont have a pic of
myself i'm kind of cam shy....hate to get pic's taken...i would
love to see one of you...i'm really looking forward to this with
you..let me know your feeling on this..
Lee"

"HI kt
i have a question: what dose your legs and butt look like? i'm
a leg man.....
Lee"

"Hi kt
i forgot to ask you this for a long time but:what date is your
time of the month?
Lee"

18. On August 09, 2005, your affiant accessed the undercover email account
and found a email message from "just_me@planet-save.com" , which stated the
following:

"hi kt
i missed you too.....wish i lived there... it looks like i will be in
clearwater all next week working. how far are you from

6

there? i should be very happy with your tight butt and legs
can you send me a pic of you please? how much time do
you think you will have for me? do you think you will want to
do more than just oral? please answer this one... i was
thinking of coming friday and staying untill the fallowing
weed end...
Lee

ps. cant do oral if its your time of the month"

Your affiant responded to the email messages advising "Lee" the fifteen years old
female persona was available to meet after school. Your affiant also sent an image of a
fourteen year old female to "Lee" per his request. Furthermore the image is of a law
enforcement officer at the approximate age of fourteen.

19.    On August 10, 2005, your affiant accessed the undercover email account
and found a email message from "just_me@planet-save.com" , which stated the
following:

"hi kt
i just reread all your mail: i'm not sure what you want to
try...so i will just get right to the point, and ask you.do you
want to go all the way with me?
Lee"

20.    On August 11, 2005, your affiant accessed the undercover email account
and found two email messages from "just_me@planet-save.com" , which stated the
following:

"hi kt
sorry about not getting back to you right a way, but i
workedover time....you look great! i think your a very
beautiful younglady...bet you look very hot in a dress or a
bikin... i wish i was younger... i would love to have you as a
girlfriend and maybe more.. yes i would like to make love to
you and go all the way.... but i dont want to hurt you or your
feeling in anyway..... if you think you may want to, should i
bring a comdom, or is it ok without it? i have to let you know
one thing, if we make love you just may fall for me.... i'm not
sure about next week, my boss may put it off untill the
following week.... i will let you know as soon as i know for
sure... will will get a hotel room by you so we can have as
much time together as we can ok. i would love to see more
pic's of you.... not other person will see them.. i just hope
you like me after we meet.... have one question for you: how

7

old do you think i am?
Lee
ps by the way do you use tampon?"

"HI kt
cant wait to meet up......
Lee"

Your affiant responded to the email messages advising "Lee" the fifteen years old female persona would consider sexual intercourse with "Lee". Your affiant also sent an image of a fourteen year old female to "Lee" per his request. Furthermore the image is of a law enforcement officer at the approximate age of fourteen.

21. On August 12, 2005, your affiant accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

"hi kt
i just reread your mail with the pic attached, do you want to stay the nite with me?
Lee"

"Hi sexy.....
sorry i had to work over time, i didnt get off untill 11pm last nite ok i will be in clearwater next thur nite and will be staying there untill the 27 or 28 not sure.. i can get a hotel anywhere i want. i will try and get one by you. your really cute.. love the eyes..
i will bring some comdoms, you do know i cant have kids and that i'm 100 % disease free too.... i sure you are too. but will do anything you want.... i just want to make you happy.... are you really sure this is what you want? i'm about 90% sure if we do it, it will happen to both of us. that how it works most of the time.... what will you tell her? and why? are you trying to stay the nite? i will try and get some pic's of me over the week end if i dont have to work. ok? i'm still shy about the photo thing tho.....my ad said i was
a older guy and yes i did say i was a older guy in your mail. i'm in the age group as your dad i think..... are you ok with that?? let me know a.s.a.p. ok .. what kind of food do you like? do you like flowers if so what kind? what kind of things do you like to wear?
any thing sexy?
Lee"

8

22.  On August 15, 2005, your affiant accessed the undercover email account and found four email messages from "just_me@planet-save.com" , which stated the following:

> "Hi sexy...
> we can meet at any place you like.... i'm all your for the week.... if you can stay the nite, great!!!!..... i would love that, but if not that ok i dont want you to get in trouble.... i'm right around his age....we'll go out to eat if you like, i love sea food and pizza...
> please think hard if you really want to go all the way....if you do, i'll let you know about condoms they feel funny for both people. but if thats what you want its ok with me.....
> should i get a room with a hottub and or waterbed in it? are you going to shave? what sizes are you? will see if i can fine you some sexy thing to wear.... will see if i can fine pic's of them befor i buy them ok. what do you think you would like? what color?
> have to get back to work. will look back later for your answer.
> Lee
> do you have any pic's of you in a dress or bikinn?"
>
> "forget to ask some do you have a boyfriend? would you like one? maybe me..."
>
> "hi sexy
> what are you looking for in a boyfriend?
> Lee"
>
> "hi kt
> here are some webpages, take a look and see if you see something you like and would wear...
> http://www.lingerie.com/
> http://www.fredericks.com/default.asp
> http://www.pamperedpassions.com/
> let me know i will try and get them before i come.
> Lee
> ps
> if there is any other thing you want let me know."

23.  On August 22, 2005, your affiant accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

> "hi kt

9

think week sucks so far..... my bike get hit on sat, sunday i
got a call from new york that i a death n the famley, so now
i'm up here.... will be back a.s.a.p.its going to be hard to
write this week becausei have toi use the computer at the
library, you may not get one each day. please go to the
webpage and pick somethingout you like and send the page
address. i have a question, what happens if you dont like me
or something?
Lee
ps
will answer yyou mail better after i get back...
miss you sexy.."

"hi kt
did you get my mail? looks like i should be home over the
week end.
lee"

24. On August 23, 2005, your affiant accessed the undercover email account
and found an email message from "just_me@planet-save.com" , which stated the
following:

"hi  sexy kt
that ok...... i understand the computer thing...... thats what i
do for a living. i'm sorry to say i will not be coming for a
week, my boss sent billy in my place because i had to go up
north. so i'm going to come for a day or 2 next week just to
see you..... what day would be the best and easy for you?
i'm ok with what happen up north..... its was just bad timing...
you are one sweet sexy young lady...... i know i will be very
happy with you..... one thing i can see happening is i may
want you for a girlfriend after we meet up..... i feel like i know
you well so far, and i like you very much.... i even had a
dream about you, and i dont dream....... did you ever have
one about me? did you think about how far you want to go?
oh did you fine anythnig on that webpage you liked and
would wear for me? i missed you alot, i really wish you or i
live closers to each other.... if its
works out right, i may move.....
Lee
ps...... did you shaved for me? the only part that may need
to be done
is right between your legs by the opening...."

25. On August 25, 2005, your affiant accessed the undercover email account

10

and found three email messages from "just_me@planet-save.com" , which stated the following:

> "take a look at the two pages and let me know what you thik
>
> http://www.fredericks.com/product.asp?catalog%5Fname=Holiday2002&category%5Fname=New-Seduction&product%5Fid=90162
>
> http://www.fredericks.com/product.asp?catalog%5Fname=Holiday2002&category%5Fname=Shoes%2DStockings&product%5Fid=36671"

> "Hi sexy kt
> i'm a network tech.... computer are very easy... that would be great.... are you sure you want a older guy for a boyfriend? i tryed to get the babydoll for you but it will not be here in time, be for i come there do you know the address below that a fredericks story by you..did you get the things i found for you? what do you think of them? they said i should buy them for you at the story because of your size. dont think about the money, i get pay great..  i ask for off on wed and thur will try and come them ok... i dont want you to do anything that will get youin any kind of trouble.... ok.... i cant wait to be in your loving arms...we will go buy some comdoms bu you so you know that they are new and good...but i still wish we didnt have to uses them... but its ok to start with...
> love and kisses
> lee
>     fredericks
>     (813)852-2612
>     8073 Citrus Park Town Center
>     Suite x
>     Tampa , FL  33625"

> "hi
> for got to ask you something.... what day is you b-day?
> Lee"

26.    On August 26, 2005, your affiant accessed the undercover email account and found three email messages from "just_me@planet-save.com" , which stated the following:

> "Hi sexy kt

oh i'm very ok with you..... cool we will have to go get the things for you at the mall... oh yes i love any kind of sexy outfits, the more leg it show the better.... do you wear thong panties? i'm fine with the comdoms.. by the way i had the same dream about you, this makes it 4 times... if you like i will tell you about it, but it alittle on the wild side...my b-day is nov 9 .... mmmmmmmmmm two sexy lovers...  cool will have to see if we can get you a car...... i will try and think of a way.. do you ever get on the net at nite?
Lee"

"hi sexy
i just have to tell you about the dream i keep having about you...it started with us meeting and going out for dinner, after dinner we go get you that babydoll outfit... after that we go get some drinks and comdoms..... after a time of getting to know each other we end up at the hotel room.... you go right into the bath room and get into your babydoll outfit, and go lay on the bed..... you look so sweet and sexy..... you call me over and we start to kiss and kiss.....we both get hotter and hotter kissing and playing around in eact other arm...... i lightly lick and kiss my way down to your neck and then to your beautiful breasts then to your flat stomach and them down to you fantastic legs and creamy thighs and back up to your panties.....gently feeling your pussy lips thought them..... i remove your panties, very slow, kissing my way down your beautiful legs... I lightly flick my tongue around the opening of your pussy and then up to you clit, gently flick my tongue, and sucking on it, untill you had your frist orgasm.. your then push me down on to the bed and start to undo my pants...we both stop and get underesed... I ask you if you want to make love, and you say oh yes.... i say are you sure.... you just kiss me i start to open a comdom and put it on..... you stop me and say its not needed, that you want to feel the real me in you.....you kiss your way down on me untill you get to my penis, you lick up and down it untill it hard and them you start to suck it  and kiss it.. i tell you to stop and you ask why.... i said because it you keep that up for very long you will have me cumming... you then get on top of me and kiss! you placed my penis at your pussy lips and slowly rubbed it against your clit and between your very wet pussy lips.... you then straddle me and you raise up on your knees, just high enough to position my cock at your entrance to your pussy and then you sink down onto my hard cock very slow untill you have it just about all in

12

you...your heart flutter, and so dose my heart.. you starting to quiver and shake as we begins to match our rythyms..I feel myself going over the top and about to climax and tell you to get off befor i cum.... your whisper NO! and push it in deeper in you.. i starts to pump faster and harder while at the same time, you reach around and grab my balls. you grab both balls and gently squeeze them untill i cum at the same time your having a orgasm... you squeeze your eyes shut as we both climax takes over our body Slowly our tongues meshed together in our mouths. your lips pressed tightly against me... you whisper to me that you love me.... i say the same... and we both cuddled up and collapse in each other arms still locked together.... we wake up after a little sleep still in each other armsand make love 4 more times that day.... each time we 69 for hours...if this really happens this way i will be one very happy and lucky guy.....
Lee
p.s
let me know what you think or if you have any..."

"hi sexy kt
i dont think i will be disappoint in you at all..... so did you get a little wet thinking about it? would you like to live it out? a party sound cool...... if i can think of a way for you to have it i will.. i'm not sure how but i'm thinking....
love
lee"

27.     On August 30, 2005, your affiant accessed the undercover email account and found four email messages from "just_me@planet-save.com" , which stated the following:

"Hi sexy
i worked all week end i was asked if i want to go to waltin beach for a week..... wish you where able to get away for a week.... but oh well do you want me to come thur or wed will stay that nite. my boss will only let me off for one day right now....wish i was with you as your thinking about it and getting all wet.... i would love to lick it.. any ways.... i'll do my part to live it out... its up to you if you will you do you part? do you want it just like my dream? all of the dream? but i dont want you to do anything that will get you in trouble... cany wait for your to be in my arms...... did you shave? hopr you didnt cut your self......
love

Lee
p.s
can you ever get away for 24 hours or so?"

"Hi Sexy kt
would it be ok if i came next week? don't say yes if you will
be mad or hurt...... i just got a offer to go to new orleans
because of the hurricane to help bring some hospitals back
online. they are willing to pay me $50.00 per hour and my
way and stay there.... wish you were able to get a way...oh
well let me know a.s.a.p. please..... would you like me to call
you? i will only go if its ok with you...
Lee"

"hi sexy
what ever you say about going...... please answer my
questions in the first mail ok sexy.....
love
Lee"

"i need to know your answer by tommorw befor work ends at
5pm est."

28.    On September 01, 2005, your affiant accessed the undercover email
account and found two email messages from "just_me@planet-save.com" , which
stated the following:

"Hi sexy Kt
ok i'll go...... the money will be great.... i will get payed 24/7
untill i get back... I didn't think you would be mad.... i was
just asked to setup a old army hospital with a computer
network system because its needed real bad... so i will be
flying out tonite. will write you if i can.... i'm not sure what it
will be like there.... not even sure the net is up and run
there... i will miss you and your mail.... please keep writting
me as i'm gone ok.....  mmmmmmmm great to hear you
shave for me..... so you think it feels funny.... just wait unitll
i'm licking you..... keep it shaved for me.. oh you didnt
answer my frist message about living it out...it would be
really great if you can stay the nite with me..... i would love
that.. but please dont do anything that will get you into
trouble...still thinkng about it..... hope your still getting all
wet....
Love
Lee

14

p.s
i want you in my arms so bad........"

"hi sexy kt
well i'm here, and it really bad... i should be back next week.
hope your still think about me.... because i am thinking of
you alot.. hope you answer my old mail. will try and be online
tonite late. i can only get on the net for 5 min per day.
love
lee"

29.     On September 06, 2005, your affiant accessed the undercover email
account and found three email messages from "just_me@planet-save.com" , which
stated the following:

"hi sexy kt
its really bad here, i got shot at late nite... the fools here
shoot at anything i'm out of here as soon as i'm done... i'll be
ok. i miss you... so your keeping it shaved great..... so you
dont get shaving burn use baby oil after shaving.
mmmmmmmmm great i would love to live it out with you... i'll
do my part.... hope you do your part... i know we'll have alot
of fun anyways...have a nice 3 day week end..... i will be
thnking of you did you shaved it all or just between your
legs? send me some pic of you on the beach....
well have to run, my time is just about up
love
lee"

"hi sexy kt
i'm on so called lunch... its looking like i will be out of here by
the end of next week, i'm going to try and set it up to fly into
tampa on thur. cany wait to have you in my arms..... have
some question for you: so far what have you tryed sexualy? i
think alot about you at nite...... it really sucks here..... the
food is shit... i cant go any place, have to just stay here. no
tv... all the have is a cell phone that you can only use for 20
min per day. and the net that you cat use 20 min per day.. o
i'll go and see if i get mail from you later...
                        i miss you sexy...
Love
lee"

"hi kt
i hope your gettting my mail.... i missed you sexy...waitting

for your mail...
Love
lee"

30.     On September 07, 2005, your affiant accessed the undercover email account and found an email message from "just_me@planet-save.com" , which stated the following:

"Hi Sexy kt
i'm really bad here..... i set up the network 12 time so far, as soon as i get it working if stops..... the have old junk here.... the want me to get old xt's, 286's, 386's 486's old p1's, p2's and 3 servers (p3's 500) the fastes they have.... all to work together.... it can be done, if the system would all work and keep working.... i'm trying really hard to get out of here by tomorrow...... not sure if i can.... the fools here keep shooting and anyone.... even if they are trying to help them.....are you really sure you want me to be your frist?
Love
Lee
ps... did you get me a pic of you on the beach?"

31.     On September 12, 2005, TFA Dubord accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

"hi sexy kt
i'm very happy you want me to be your first..... here are some things i think you should
know. as it goes in and hits your cherry it will hurt alittle and bleed alittle untill it go thought it. after its passed your cherry you will start to love the feeling... that why i want you to put it in and go down on it. that way you will be in control and it will feel better.. that way you will be able to go as deep as you want.... i will be a gentle as i can.... also you have to be as wet as we can get you.... (i'll got a good job of that....) or we wll have to use some ky jelly as lub... because condons are dry and will hurt. i will do my best so you will love ever min of it..... i hope it works out just like my dream.... i'm also hoping that you fall in love....... and that i will be your first and only lover..... that would be so great.... i would love to have you in my arms each day. if all works out, maybe we can stop useing comdoms and feel each other for real. that is really the best way we will be able to feel the heat and juices of each other.... i really want to feel you cum and cum...... i

16

really miss you alot. do you have any pic's of you on a beach
or by a pool you can send? well i have to go.. will write more
later. i should know what date i'm leaving on to come home
by tonite.
Love
lee
p.s
are you still keeping it shaved? you never did say if it was
just between
your leg
or complete.... did you user the baby oil?"

"hi sexy kt
i will be flying out of here on thur about 6ami should be
home by 5 that nite... would you
like me to come friday?
Lee"

32.    On September 16, 2005, TFA Dubord accessed the undercover email
account and found an email message from "just_me@planet-save.com" , which stated
the following:

"hi sexy kt
i happy to see that you got my mail...i just got back home,
dam this was a long day
it started at 5 am... will write more tomorrow i really need
some sleep.... wish you were here with me..
Love lee
ps did you get all my mail?
what day would be the best to come?"

33.    On September 19, 2005, TFA Dubord accessed the undercover email
account and found two email messages from "just_me@planet-save.com" , which
stated the following:

"hi sexy kt
next week is fine....  that way i will have time to recover from
the hell hole... that place was bad... anyways i have some
questions for you.... i'm asking them so i will
know what to do. as we are doing oral do you want me to
cum in your mouth? as we are making love do you want me
to pull out befor i cum or cum deep inside you, so you can
feel the pumpimg and heat? i can come any two days next
week or the next one . my boss gave me 2 or 3 days off for
the job i did will you be able to saty the nite?

17

Love Lee
p.s
i'm always thinking about you......
is there anyway i can call you?"

"hi sexy kt
i cant wait to have you in my arms.....i'm really looikng
forward to this.... so do you think your falling for me? or will
fall for me? i really hope you will be my girlfriend and lover....
hope you can stay the nite.....let me know what days would
be the best for you. you never did answer if your all shaved
or not... well will be waitting for your mail.... wish i was able
to call you..
Love
Lee
ps
what are your measurements?"

34.    On September 20, 2005, TFA Dubord accessed the undercover email
account and found an email message from "just_me@planet-save.com" , which stated
the following:

"Hi Sexy kt
i will be coming on thurday. i will leave here about 5am i
should be in tampa about 8 or so is that ok? what place will
we meet at? what time can you meet up? what happens if i
cant fine you? is there any way to call you at a place and set
time? i need to know what you will have on too. what time
will you have to leave on thur? can you come back later that
nite? what time can we meet up on fri? are you sure about
staying the nite?
great.... i feel the same way..... i dont know what it taste like,
but some girls like it and say it salty and dry and other say its
sweet.  i will have condoms, i was not sure you still wanted
them.... if you just got off your period there is no way you
can get preggy anyways.... no eggs up there. i told you i can
have kids, here is why, i got hurt as a kid (my balls) and now
i can have any kids.... i have tryed and tryed in the passed,
with out any luck... anyways its ok with me about the
condoms, i just didnt like them. it like
taking a a shower with a rain coat on....  you cant feel the
heat or wettness of
the othe person. here is some info for you, it the odds of get
pregnant. fixed or unable to conceive 1 in 100,000
the pill or patch 1 in 60,000

18

iud or ring 1 in 20,000
comdom 1 in 16,000
timing 1 in 10,000
pulling out 1 in 5,000
cum in her and cleaning up right after 1 in 4,500
cum in her and sleeping with it in there with out clean up 1 in 1000
cun in her on her conceive days (2days) 1 in 3
conceive days 15 to 17 days after your period starts, this is the easy
time to get pregnant. the hards is on your period and up to 3 day after. mmmmmmm so are you completely shaved or just between your legs.... cant wait to lick it.... do you know anything about sex toys? is there anything you would like to try?
Love and kisses....
Lee
ps
will take you to get you babydoll thur....
how long is your hair?"

35.    On September 21, 2005, TFA Dubord accessed the undercover email account and found two email messages from "just_me@planet-save.com" , which stated the following:

"hi sexy kt
hope you get this tonite... you didnt answer the question about be shaved...also what about the 2 questions on cumming? would you like to try any toys? if so what? i will have on lite blue jeans and a tan shirt i'm 6'3 about 210 lbs with lite brown and gray hair and blue eyes, with a mustache and a tatto on my left arm. after we meet up thurday at 8 where would you like to go? and do? i dont know tampa you will have to tell me how to get by you.. if you have any question ask.....
love
Lee"

"Hi sexy kt
i will be coming for sure tomorrow at 8 or so i should be by you. i will be online later tonite if you need to get ahold of me about 9pm. i will not have a computer with me so you will not be able to e-mail me untill i get back home. is there anyway i can get a phone number to call you at? what happens if you or i cant make it or will be late? how do we get a hold of

each other? are you really sure this is what you want? and will you go threw with it? i dont want you to do anything that will get you in trouble.... will be waitting for your answer to this and the other mail at 5pm today and will be back online later tonite at 9pm to see if its still on for tomorrow... how about a 2nd place and time to meet later in the day, if we miss eachother in the morrowing
Love
lee"

36.     The above e-mail messages were responded to by your affiant. Your affiant never suggested or lead the conversations. Your affiant described to **"just_me@planet-save.com"** aka: **"Lee"** that the 15 year old female was sexually inexperienced and was interested in the posted message. **"Lee"** suggested to meet the 15 year old female to perform oral sex and possibly sexual intercourse with the female he believes to be 15 years old.

37.     Your affiant obtained subscriber records from Bright House for IP address 68.204.159.73 assigned  on 07/15/2005 at 7:30 AM  PDT and 1:04 PM PDT associated with two email messages sent by  "just_me@planet-save.com" pursuant to an administrative subpoena, with the following results:

> Name: Leroy Lasky
> Address: 442 Leslie Drive Port Orange, FL 32127-6034
> Phone: 386-788-7261
> Acct#: 030037774501
> Type of Service: Road Runner Residential
> Username(s): LLASKY@cfl.rr.com
> Length of Service: Installed January 24, 2002 - Still Active

38.     Your affiant made a internet inquiry for planet-save.com and discovered it to be a commercial website that offers free email accounts. The domain name search query revealed that the servers are located in the State of California.  Additionally, your affiant contacted the owner of  planet-save.com and verified the above information.

39.     Your affiant obtained public records for Leroy Lasky of 442 Leslie Drive Port Orange, Florida and discovered that two subjects with the same name reside at the location. The following is identifying information on each subject:

> Leroy Walter Lasky JR
> Date of Birth: 11/09/1954
> Social Security number: 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
> Height: 6'3"

Leroy Walter Lasky III
Date of Birth: 11/17/1974
Social Security number: 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
Height: 6'3"

40.   On September 22, 2005, Leroy Lasky, DOB 11/9/54, showed up at a predetermined meeting place in Tampa to meet who he thought was "kt" the 15 fifteen year old female with whom he had been corresponding.  At the meeting location, Lasky had in his possession information from one of the undercover emails your affiant sent him while posing as a 15 year old, which purported to be the child's name and physical description.  Further, Lasky had a copy of the photograph which was purported to be "kt" which was also sent to Lasky by your affiant.  Lasky also possessed condoms purchased prior to the meeting time on this date (September 22, 2005).

41.   Based upon the foregoing facts, your affiant believes that there is probable cause to believe that **Leroy Lasky** ,  (DOB 11/09/1954) a/k/a **"Lee" and "just_me@planet-save.com,"** used a facility or means of interstate commerce, to wit a computer and modem accessing  planet-save.com  to  attempt to knowingly persuade, induce, and entice a person under 18 years of age to engage in any sexual act  for which any person may be Criminally prosecuted, in violation of Title 18, United States Code, Section 2422 (b).

FURTHER, YOUR AFFIANT SAYETH NOT.

_____
Philippe Dubord, Task Force Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
on this 22 day of September, 2005.

_____
MARK A. PIZZO
United States Magistrate Judge

21