UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:06-cr-00095-T-27MAP
18 U.S.C. § 2422(b)
18 U.S.C. § 2253

LEROY WALTER LASKY

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about July 9, 2005 through on or about September 21, 2005, in Port Orange, in the Middle District of Florida, and elsewhere,

LEROY WALTER LASKY,

defendant herein, did knowingly and willfully attempt to persuade, induce, entice, and coerce an individual under eighteen years of age to engage in a sexual act for which any person can be charged with a criminal offense, by using a facility and means of interstate commerce, that is, a computer and modem, with access to the Internet, via the planet-save.com email service, the servers of which are located in California.

In violation of Title 18, United States Code, Section 2422(b).

### FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in violations alleged in Count One of this Indictment, the defendant, LEROY WALTER LASKY, JR, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

   a. any visual depiction described in Title 18, United States Code, Section 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 through 2258;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

Specific property to be forfeited includes, but is not limited to:

   a. HP Pavilion Laptop computer serial # CNF451298K;

   b. USB thumb drive serial # LUVBL5C002177;

   c. Antec computer tower no serial #;

   d. three (3) Belkins external hard drives;

   e. one (1) ADS external hard drive;

   f. twenty-five (25) compact disks (CDs);

   g. one (1) zip disk; and

   h. two (2) 3 ½ floppy disks.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
AMANDA C. KAISER
Assistant United States Attorney

By: _____
ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, General Crimes

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

LEROY WALTER LASKY

## INDICTMENT

Violations:

18:2422

A true bill,

_Marilyn Tickett Jackson_
Foreperson

Filed in open court this 16th day

of March, A.D. 2006.

_____
Clerk

Bail $ _____